# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143048

EVANGELINE HALL,
            Plaintiff-Appellee,

v                                                    SC: 143048
                                                     COA: 290147
                                                     Calhoun CC: 06-002001-NH

NEYSA BARTLETT, D.O., MANSION
STREET OBSTETRICS & GYNECOLOGY,
P.C., MARTHA WALSH, M.D., MARK
WALKER, M.D., CARON WARNSBY,
M.D., CARON WARNSBY M.D., P.C.,
GENERAL SURGICAL ASSOCIATES,
P.C., and GENERAL SURGICAL
ASSOCIATES-WMB,
            Defendants,

and

OAKLAWN HOSPITAL,
            Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the March 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

d0829